## Dunham Lumber Co. Dexter.

APPEAL from Circuit Court of Montgomery.

Tried before the Hon. JOHN R. TYSON.

HORACE STRINGFELLOW and J. C. RICHARDSON, for appellants.

Roquemore & White, *contra*.

The appellant, the Dunham Lumber Company, filed a petition addressed to the judge of the circuit court of Montgomery, asking for a writ of *mandamus* to be awarded, commanding the appellees, who were arbitrators, regularly appointed, to hear, adjudicate and determine certain claims. The application was denied and the petitioner appealed. Judgment affirmed.

Opinion by McClellan, J.